**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

YIWU BAIMEI ELECTRONIC                                    Case No.:
COMMERCE CO., LTD.,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

_____

**<u>EXHIBIT ONE</u>**

**COPYRIGHT REGISTRATION**

| | |
|---:|:---|
| **Registration #:** | VA0002270357 |
| **Service Request #:** | 1-10744057851 |



Ford Banister IP
Larry Ford Banister II
305 Broadway, Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-270-357

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 07, 2021

## Title

**Title of Work:**   Hollow Halloween Design Spider AE2127

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   July 26, 2019
**Nation of 1st Publication:**   China

## Author

- **Author:**   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  **Author Created:**   jewelry design
  **Work made for hire:**   Yes
  **Citizen of:**   China
  **Domiciled in:**   China

## Copyright Claimant

**Copyright Claimant:**   YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

**Organization Name:**   Ford Banister IP
**Name:**   Larry Ford Banister II
**Email:**   ford@fordbanister.com
**Telephone:**   (212)500-3268
**Address:**   305 Broadway
Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes



**Registration #:** VA0002270532
**Service Request #:** 1-10744058027



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-532

**Effective Date of Registration:**
October 03, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title
_____

Title of Work: Hollow Halloween Design Ghost Hand  AE2129

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: July 27, 2019
Nation of 1st Publication: China

## Author
_____

- Author: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  Author Created: jewelry design
  Work made for hire: Yes
  Citizen of: China
  Domiciled in: China

## Copyright Claimant
_____

Copyright Claimant: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

Organization Name: Ford Banister IP
Name: Larry Ford Banister II
Email: ford@fordbanister.com
Telephone: (212)500-3268
Address: 305 Broadway
Floor 7
New York, NY 10007 United States

Page 1 of 2

## Certification

      **Name:**  Larry Ford Banister II
      **Date:**  August 22, 2021

      **Correspondence:**  Yes



**Registration #:**    VA0002270548
**Service Request #:**    1-10755668551



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-548

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title

| | |
|---|---|
| **Title of Work:** | Hollow Halloween Design Cat and Bat  AE2157 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 05, 2019 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD |
| **Author Created:** | jewelry design |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD<br>NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET, YIWU, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ford Banister IP |
| **Name:** | Larry Ford Banister II |
| **Email:** | ford@fordbanister.com |
| **Telephone:** | (212)500-3268 |
| **Address:** | 305 Broadway, Floor 7<br>New York, NY 10007 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date:** | August 22, 2021 |

**Correspondence:**   Yes



**Registration #:**   VA0002270545
**Service Request #:**   1-10755669332



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-545

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

## Title

Title of Work: Hollow Halloween Design Pumpkin  AE2168

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: August 10, 2019
Nation of 1st Publication: China

## Author

- **Author:** YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
- **Author Created:** jewelry design
- **Work made for hire:** Yes
- **Citizen of:** China
- **Domiciled in:** China

## Copyright Claimant

Copyright Claimant: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions

Organization Name: Ford Banister IP
Name: Larry Ford Banister II
Email: ford@fordbanister.com
Telephone: (212)500-3268
Address: 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes



**Registration #:** VA0002270544
**Service Request #:** 1-10755669355



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-270-544**

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Hollow Halloween Design Witch with Skull AE2169 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 10, 2019 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD |
| **Author Created:** | jewelry design |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD<br>NO 7,ZHEN HAN ROAD,DANXI COMMUNITY, BEI YUAN STREET, YIWU, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ford Banister IP |
| **Name:** | Larry Ford Banister II |
| **Email:** | ford@fordbanister.com |
| **Telephone:** | (212)500-3268 |
| **Address:** | 305 Broadway, Floor 7<br>New York, NY 10007 United States |

## Certification

| | |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date:** | August 22, 2021 |

**Correspondence:** Yes



**Registration #:** VA0002270547
**Service Request #:** 1-10755669398



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-270-547**

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title
_____

Title of Work: Hollow Halloween Design Spider AE2197

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: August 15, 2019
Nation of 1st Publication: China

## Author
_____

- Author: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  Author Created: jewelry design
  Work made for hire: Yes
  Citizen of: China
  Domiciled in: China

## Copyright Claimant
_____

Copyright Claimant: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

Organization Name: Ford Banister IP
Name: Larry Ford Banister II
Email: ford@fordbanister.com
Telephone: (212)500-3268
Address: 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

| | |
|---|---|
| **Name:** | Larry Ford Banister II |
| **Date:** | August 22, 2021 |

**Correspondence:** Yes



**Registration #:** VA0002270546
**Service Request #:** 1-10755720051



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-270-546

**Effective Date of Registration:**
August 22, 2021
**Registration Decision Date:**
October 08, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | Hollow Halloween Design Moon Bat  AE2209 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | August 17, 2019 |
| **Nation of 1st Publication:** | China |

## Author

| | |
|---|---|
| • **Author:** | YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD |
| **Author Created:** | jewelry design |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | YIWU BAIMEI ELECTRONIC COMMERCE CO.,LTD<br>NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,<br>YIWU, 322000, China |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Ford Banister IP |
| **Name:** | Larry Ford Banister II |
| **Email:** | ford@fordbanister.com |
| **Telephone:** | (212)500-3268 |
| **Address:** | 305 Broadway, Floor 7<br>New York, NY 10007 United States |

## Certification

**Name:** Larry Ford Banister II
**Date:** August 22, 2021

**Correspondence:** Yes



**Registration #:** VA0002265759
**Service Request #:** 1-10755720074



Ford Banister IP
Larry Ford Banister II
305 Broadway
Floor 7
New York, NY 10007 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# VA 2-265-759

**Effective Date of Registration:**
August 23, 2021
**Registration Decision Date:**
September 07, 2021

## Title
_____

Title of Work: Hollow Halloween Design Skull  AE2210

## Completion/Publication
_____

Year of Completion: 2019
Date of 1st Publication: August 17, 2019
Nation of 1st Publication: China

## Author
_____

- Author: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
  Author Created: jewelry design
  Work made for hire: Yes
  Citizen of: China
  Domiciled in: China

## Copyright Claimant
_____

Copyright Claimant: YIWU BAIMEI ELECTRONIC COMMERCE CO,.LTD
NO 7,ZHEN HAN ROAD,DANXI  COMMUNITY, BEI YUAN STREET,
YIWU, 322000, China

## Rights and Permissions
_____

Organization Name: Ford Banister IP
Name: Larry Ford Banister II
Email: ford@fordbanister.com
Telephone: (212)500-3268
Address: 305 Broadway, Floor 7
New York, NY 10007 United States

## Certification

**Name:** Larry Ford Banister II
**Date**: August 23, 2021

